GERMANIA LIFE INSURANCE COMPANY, Respondent, v. JOHN G. R. LILLIENDAHL et al., Defendants, and MARIE A. DONNEGAN, Appellant.

*Germania Life Ins. Co.* v. *Lilliendahl*, 123 App. Div. 927, appeal dismissed.

(Submitted November 23, 1908; decided December 1, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1907, which affirmed an order of Special Term denying a motion to vacate and set aside a prior order for substituted service.

The motion was made upon the ground that the order of the Appellate Division is not appealable as of right to the Court of Appeals, and permission to so appeal had not been

obtained; also, on the ground that the required papers on appeal had not been filed.

*J. Brewster Roe* for motion.

*John A. Donnegan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order is not appealable without permission.